

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Juanita Silva,

\* From the 90th District Court
of Stephens County
Trial Court No. CV31978.

Vs. No. 11-18-00054-CV

\* June 21, 2018

Jonell Filtration Products
d/b/a Jonell, Inc.,

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has considered Juanita Silva's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Juanita Silva.